## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WINDEL HOLMES, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:24-CV-30** |
| | ) | |
| SUPERINTENDENT SCOTT | ) | |
| KLINEFELTER, et al, | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on February 5, 2024. The matter was ultimately referred to United States Magistrate Judge Christopher B. Brown, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff, an inmate acting pro se, alleges that his constitutional rights have been violated by Defendants who have denied him adequate medical care and treatment in relation to a skin condition during his incarcerations at both SCI Fayette and SCI Houtzdale. Plaintiff requested preliminary injunctive relief by way of motion. ECF No. 39.

On February 4, 2026, Magistrate Judge Brown issued a Report and Recommendation recommending that the pending motion be denied as to all of Plaintiff's requests for preliminary injunctive relief.  ECF No. 84. As of today's date, no objections have been filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

1

After *de novo* review of the complaints and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 23rd day of March 2026;

IT IS HEREBY ORDERED that Plaintiff's "Motion Seeking Emergency Court Orders" [ECF No. 39] is DENIED.

AND, IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Brown, issued on February 4, 2026 [ECF No. 84] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge